Certificate Number: 15317-PAM-DE-030282084

Bankruptcy Case Number: 12-05030



15317-PAM-DE-030282084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2017</u>, at <u>8:00</u> o'clock <u>PM PST</u>, <u>David L Rupert</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 8, 2017</u>            By: <u>/s/Lea Sorino</u>

Name: <u>Lea Sorino</u>

Title: <u>Counselor</u>