Certificate Number: 15317-PAM-DE-030282084

Bankruptcy Case Number: 12-05030


15317-PAM-DE-030282084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 8, 2017, at 8:00 o'clock PM PST, David L Rupert completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 8, 2017     By: /s/Lea Sorino

Name: Lea Sorino

Title: Counselor