United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 12-05030-RNO
David L. Rupert                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRatchfor          Page 1 of 1          Date Rcvd: Feb 15, 2018
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db              +David L. Rupert,    927 Mifflin Street,    Huntingdon, PA 16652-1817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ray Allan Ghaner    on behalf of Debtor 1 David L. Rupert ghanerlaw@yahoo.com,  rayghaner@yahoo.com
              Thomas I Puleo    on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David L. Rupert
927 Mifflin Street
Huntingdon, PA 16652

Chapter 13
Case No. 1:12−bk−05030−RNO

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−9445

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  February 15, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk